IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| GORDON D'ANDRE COHNS; CHARLES LONCON; and, NIKITA MOORE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 421-309 |
| TAMMIE MOSLEY; TIMOTHY P. DEAN; and LISA COLBERT, | ) ) ) | |
| Defendants. | ) | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiffs, proceeding *in forma pauperis* ("IFP"), commenced this case by submitting a single complaint and IFP motion to the Clerk of Court in the Southern District of Georgia. (Doc. nos. 1, 2.) Generally, Plaintiffs' complaint raises claims under 42 U.S.C. § 1983 against Defendants regarding an ongoing state court prosecution against Plaintiff Gordon D'Andre Cohns in Chatham County, Georgia. (See doc. no. 1. pp. 1-5, 12)

Cohns, who signed and prepared the Complaint and IFP motion, includes two other individuals as plaintiffs in the caption to the Complaint: Charles Loncon and Nikita Moore. (Doc. no. 1 at 1.) Moore is only named in the Complaint's caption. (Id.) While Loncon is also listed as a party in the body of the Complaint, no claims appear to be asserted on his or Moore's behalf. (See id. at 1-5, 12.) Only Cohns has signed the Complaint, and, as a *pro se* prisoner, he lacks the ability to bring claims on behalf of another. Fed. R. Civ. P. 11(a) (requiring unrepresented parties to sign pleadings); see also FuQua v. Massey, 615 Fed. App'x

2

611, 612 (11th Cir. 2015) ("The right to appear *pro se*, however, is limited to parties conducting 'their own cases,' and does not extend to non-attorney parties representing the interests of others."); Hubbard v. Haley, 262 F.3d 1194, 1197-98 (11th Cir. 2001) (28 U.S.C. § 1915(b) precludes permissive joinder of multiple plaintiffs in a single case).

Therefore, the Court **REPORTS** and **RECOMMENDS** that Charles Loncon and Nikita Moore be **DISMISSED** as Plaintiffs.

SO REPORTED AND RECOMMENDED this 8th day of December, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA