IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GORDON D'ANDRE COHNS; CHARLES LONCON; and NIKITA MOORE,<br><br>  Plaintiffs,<br><br>  v.<br><br>TAMMIE MOSLEY; TIMOTHY P. DEAN; and LISA COLBERT,<br><br>  Defendants. | CIVIL ACTION NO.: 4:21-cv-309 |

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 14), to which Plaintiffs filed objections, (doc. no. 17.)

The Court finds Plaintiffs' objections unavailing. Accordingly, the Court **OVERRULES** Plaintiffs' objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, and **DISMISSES** Plaintiffs Charles Loncon and Nikita Moore from this case. The Court **DIRECTS** the **CLERK** to terminate these Plaintiffs on the docket.

**SO ORDERED**, this 11th day of January, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA